IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ERICA GARDNER<br>as assignee for<br>ENCORE RRC, LLC,<br>    Plaintiff,<br><br>v.<br><br>OWNERS INSURANCE<br>COMPANY,<br>TOWNE INSURANCE<br>AGENCY<br>    Defendants. | Civil Action No. 5:23-CV-00341-D-RN |

## AGREED ORDER TO DISMISS

This day came the Plaintiff, Erica Gardner, through her attorney, Benjamin Sheridan, and Owners Insurance Company, through its attorney, O. Craig Tierney, Jr., and Towne Insurance Agency, through attorney, Kelly C. Hanley, and state that all matters in controversy herein have been compromised, settled and agreed, and move the Court to dismiss this action with prejudice against all Defendants.

Accordingly, it is the ORDER and JUDGMENT of the Court that this civil action be dismissed with prejudice. Each party shall bear their own attorneys' fees and costs.

**The Clerk is hereby ORDERED to serve a copy of the attested Order to all counsel of record.**

SO ORDERED. This the __1__ day of April, 2025.

                                                                  JAMES C. DEVER III
                                                                    United States District Judge

**PREPARED BY:**

/s/ Benjamin M. Sheridan
Benjamin M. Sheridan (#11296)
Jed R. Nolan (#10833)
Counsel for Plaintiffs

Klein & Sheridan, LC PC
964 High House Rd. PMB 2039
Cary, NC 27513
Telephone: (919) 899-9533
Facsimile: (304) 562-7115
ben@kleinsheridan.com
jed@kleinsheridan.com


**APPROVED BY:**

/s/ O. Craig Tierney, Jr.,
Brown Crum Vanore & Tierney, PLLC
801 Oberline Rd. #330
Raleigh, NC 27605
Telephone: 919-835-0909
Facsimile: 919-835-0915
ctierney@bcvtlaw.com

Attorney for Defendant Owners Insurance Company

/s/ Kelly C. Hanley
Kelly C. Hanley
NC Bar No. 32917
301 Fayetteville Street, Suite 1700 (27601)
Post Office Box 1000
Raleigh, NC 27602
Telephone: (919) 981-4008
Facsimile: (919) 981-4300
khanley@williamsmullen.com

Attorney for Defendant Towne Insurance Agency